UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL ACCESS ASSOCIATION SUING ON BEHALF OF ROY DAVIS GASH AND ITS MEMBERS; ROY DAVIS GASH, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SCI CALIFORNIA FUNERAL SERVICES, *et al.*,<br><br>　　　　　　　Defendants. | Civil No. 05cv1426-L(RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE [doc. #12]** |

　　　Good cause appearing, the parties' joint motion for dismissal with prejudice of this action is **GRANTED**.

　　　**IT IS SO ORDERED**.

DATED: September 27, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

COPY TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

01cv0953

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28